UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DWIGHT RATLIFF | * | CIVIL ACTION |
| VERSUS | * | NO: 07-1780 |
| SEARS, ROEBUCK AND CO., ET AL | * | SECTION: "D"(3) |

### ORDER AND REASONS

Before the court is the **"Motion for Summary Judgment"** filed by Defendants, Sears, Roebuck and Co., The Right Touch, Inc., and Scottsdale Insurance Company, who move for dismissal of Plaintiff's claims asserted against Defendants under the Louisiana Products Liability Act (LPLA), LSA-R.S. 9:2800.51 *et seq*. (relative to the Craftsman Digital Multi-Meter that Plaintiff was using when he was allegedly injured). Plaintiff, Dwight Ratliff, filed a memorandum in opposition. The motion, set for hearing on Wednesday, May 20, 2009, is before the court on briefs, without oral argument.

Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that Defendant, The Right Touch, Inc., was the distributor, and not the manufacturer, of the subject multi-meter. (*See* Defendants' Ex. G, Affidavit of Jack

David, President of The Right Touch, Inc.). Thus, Plaintiff's claims against Defendant, The Right Touch, Inc., asserted under the LPLA must be dismissed.  Otherwise, the court finds that there are genuine issues of material fact, and Defendants are not entitled to judgment as a matter of law.

Accordingly;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment** be and is hereby **GRANTED** in part, dismissing Plaintiff's claims against Defendant, The Right Touch, Inc.  Otherwise, Defendants' **Motion for Summary Judgment** is **DENIED.**

New Orleans, Louisiana, this **26th** day of **May**, **2009**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE